# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAGNOON TRUCKING SERVICES INC. :
OMAR ADIB MUSTAFA                          :     CIVIL ACTION NO. 08-cv-1620
                    VS.                    :

DEALER TIRE LLC.                           :
AND TOM STRELKA, KEVIN D. PETERS :
KEN HAMMEL, GARY MCKOWEN,        :
SCOTT SANDIFEER, COLIN MACLEOD :

## COMPLAINT

1.   **BREACH OF CONTRACT**: DEALER TIRE LLC DID NOT PROVIDE WRITTEN NOTICE PRIOR TO TERMINATION.

2.   **SOLICITATION**: DEALER TIRE LLC DID EMPLOY OR CONTRACT WITH MORE THEN 10 TO 15 OF MAGNOON EMLOYEES AND MANAGERS AFTER TERMINATION WITH OUT WRITTEN CONSENT.

3.   **DISCRIMANATION**: DEALER TIRE LLC IS ACCUSED OF DISCRIMANATION  AGAINST EMPLOYEES OF MAGNOON TRUCKING SERVICES INC.

4.   **PAYMENT TERMS**: DEALER TIRE LLC IS ACCUSED OF WITHHOLDING PAYMENTS TO MAGNOON TRUCKING FOR SERVICES PROVIDED.

5.   **PUNITIVE AND COMPENSATORY DAMAGES**: MAGNOON TRUCKING SERVICES INC. IS ASKING THAT DEALER TIRE LLC. BE ORDERED TO PAY TEN MILLION DALLORS (10,000,000.00) FOR THE ABOVE STATED COMPLAINTS.

OMAR ADIB MUSTAFA
PRESIDENT
1115 KERPER STREET
PHILADELPHIA, PA 19111
ADDRESS

# CONTACT INFORMATION

1.   **Tom Strelka and Kevin Peters**
      **Dealer Tire LLC.**
      **3711 Chester Avenue**
      **Cleveland, Ohio 44114**
      **1-216-432-0088**

2.   **Ken Hummel**
      **Dealer Tire LLC.**
      **11316 N 46th Street**
      **Tampa Industrial Park**
      **Fowler Distribution Center**
      **Tampa, Florida 33617**
      **1-813-971-0814**

3.   **Gary McKowen**
      **Dealer Tire LLC.**
      **1150 Valley Brook Avenue**
      **Lyndhurst, New Jersey 07071**
      **1-201-964-1812**

4.   **Scott Sandifeer**
      **Dealer Tire LLC.**
      **109 Fairview Park Drive**
      **Elmsford, New York 10523**
      **1-914-592-0535**

5.   **Colin Macleod**
      **Dealer Tire LLC.**
      **20 Freedom Way**
      **Franklin, Massachusetts 02038**
      **1-508-520-0119**

# CONTACT INFORMATION SHEET

Civil Action No.: _____

Name: OMAR ADIB MUSTAFA
(Please print)

Address: 1115 Kerper Street

Philadelphia, P.A 19111

Phone #: 215.722.6537 / Cell - 267-278-1061
(Include area code)

E-mail address: OMARMUSTA7@AOL.com